

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 18-109-CR + 18-134-CR

Christopher Bennett Wooten
#02089854 Neal Unit
9055 Spur 591
Amarillo, TX 79107

9590 9402 2222 6193 6847 39

2. Article Number *(Transfer from service label)*

7017 1000 0000 3674 7661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
CHRIS WOOTEN                      06/05/18

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee 18-109-CR + 18-134-CR

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage
$
Total Postage and Fees
$

Sent To
Christopher Bennett Wooten USP 02089854
Street and Apt. No., or PO Box No.
Neal Unit 9055 Spur 591
City, State, ZIP+4®
Amarillo, TX 79107

EASTLAND, TEXAS 76448
Postmark Here
MAY 31 2018

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions



# Court of Appeals

## Eleventh District of Texas

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

May 31, 2018

VACANT
CHIEF JUSTICE

MIKE WILLSON
JUSTICE

JOHN M. BAILEY
JUSTICE

SHERRY WILLIAMSON
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

District Clerk - Howard County
Colleen Barton
P.O. Drawer 2138
Big Spring, TX 79721-2138
* DELIVERED VIA E-MAIL *

Sheriff, Howard County
Stan Parker
P. O. Box 1149
Big Spring, TX 79721
* DELIVERED VIA E-MAIL *

Timothy D. Yeats, Judge
118th District Court
P.O. Box 528
Big Spring, TX 79721-2830
* DELIVERED VIA E-MAIL *

Chris Wooten
TDCJ #02089854
Neal Unit
9055 Spur 591
Amarillo, TX 79107

Hardy L. Wilkerson, District Attorney
118th Judicial District
P. O. Drawer 149
Big Spring, TX 79721
* DELIVERED VIA E-MAIL *

**RE:** Appellate Case Number: 11-18-00134-CR
Trial Court Case Number: 14804-B
**Style:** In re Chris Wooten

The Court has this day **DENIED** Relator's Pro Se Petition for Writ of Mandamus in the above cause. Attached is a copy of this Court's judgment.

Pursuant to TEX. R. APP. P. 52.8(d), when the Court denies relief in an original proceeding, the Court is not required to hand down a written opinion.

Respectfully yours,

Sherry Williamson

Sherry Williamson, Clerk

cc:     Dean Rucker, Administrative Judge (DELIVERED VIA E-MAIL)